227 U. S.    Cases Disposed of Without Consideration by the Court.

Appeal from the District Court of the United States for the Northern District of Ohio. March 5, 1913. Dismissed per stipulation. *Mr. Chas. F. Fawcett* for the appellant. *Mr. Albert Lynn Lawrence* for the appellees.

———

No. 224. RIWKE MAISEN, ALIAS RIWKE MAISCH, APPELLANT, *v.* LOUIS T. WEIS, UNITED STATES COMMISSIONER OF IMMIGRATION, ETC., ET AL. Appeal from the District Court of the United States for the District of Maryland. March 6, 1913. Dismissed with costs, on motion of counsel for the appellant. *Mr. Eugene O'Dunne* and *Mr. Thos. J. Mason* for the appellant. *The Attorney General* for the appellees.

———

No. 220. THE PULLMAN COMPANY, PLAINTIFF IN ERROR, *v.* ELLSWORTH C. IRVINE, RECEIVER, ET AL. In error to the Supreme Court of the State of Ohio. March 10, 1913. Dismissed per stipulation. *Mr. Wm. B. Sanders, Mr. Harold T. Clark, Mr. H. T. Wilcoxon, Mr. Andrew Squire* and *Mr. F. B. Daniels* for the plaintiff in error. *Mr. Fred C. Rector, Mr. Gilbert H. Stewart, Mr. Gilbert H. Stewart, Jr.,* and *Mr. T. E. Powell* for the defendants in error.